■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SHEA, Appellant.—Judgment unanimously affirmed. Memorandum: The sole issue raised on appeal relates to the court's denial of defendant's application for an adjournment in contemplation of dismissal pursuant to CPL 215.10. The application was properly denied for reasons set forth in the memorandum decision at County Court (Morton, J.). (Appeal from judgment of Genesee County Court, Morton, J.—attempted burglary, third degree.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.